# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-417
LT Case No. 16-2022-MM-006238

_____

BRANDEL LEE BRYANT,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michelle L. Kalil, Judge.

Charlie Cofer, Public Defender, and Elizabeth
Hogan Webb, Assistant Public Defender,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Damaris
E. Reynolds, Assistant Attorney General,
Tallahassee, for Appellee.


August 15, 2023


PER CURIAM.

     AFFIRMED.

HARRIS, KILBANE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————